# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff* | § § § |
| v. | § §   Case No. 1:18-CR-00410-RP-5 |
| JESSEFER CORIA (5),<br>*Defendant* | § § § |

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Jessefer Coria's Unopposed Motion for Modification of Conditions of Release, filed on April 3, 2020 (Dkt. No. 510). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on April 6, 2020 (Dkt. No. 511).

In the Order Setting Conditions of Release (Dkt. No. 502), Defendant's personal association, residence, and travel was restricted to Travis County, Texas, and surrounding counties. Defendant now moves to modify the conditions of release so that he may move back to the residence in California where he lived before his arrest. The Government does not oppose Defendant's Motion.

Defendant's motion is **GRANTED**. **IT IS HEREBY ORDERED** that Paragraph 7(f) of Defendant's Additional Conditions of Release (Dkt. No. 502) is **AMENDED** as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Defendant is permitted to travel to and reside at 202 N. Yale Ave, Fullerton, California, with his sister, Jessly Yanisa Coria-Solis. Defendant may not travel outside Orange County, California, and its contiguous counties without permission from Pretrial Services. Travel is permitted to the Western District of Texas for attorney meetings and court purposes only. Defendant shall not travel to Mexico.

**SIGNED** on April 6, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE