# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § |
| **v.** | § §   Case No. 1:18-CR-00410-RP-5 |
| **JESSEFER CORIA (5),** *Defendant* | § § § |

## ORDER GRANTING SECOND UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Jessefer Coria's Second Unopposed Motion for Modification of Conditions of Release, filed on November 8, 2020 (Dkt. 569). The District Court referred the Motion to the undersigned Magistrate Judge for resolution on November 9, 2020 (Dkt. 571).

On April 6, 2020, the Court modified the Order Setting Conditions of Release to permit Defendant to live in Fullerton, California (Dkt. 512). Due to property management issues at his current residence, Defendant now seeks to modify the conditions of release so that he may move. The Government does not oppose the motion.

Defendant's motion is **GRANTED**. **IT IS HEREBY ORDERED** that Paragraph 7(f) of Defendant's Additional Conditions of Release (Dkt. 502) is **FURTHER AMENDED** as follows:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Defendant is permitted to reside at 1850 Brea Blvd., Apt. F09, Fullerton, California, 92835, with his sister, Jessly Yanisa Coria-Solis. Defendant may not travel outside Orange County, California, and its contiguous counties without permission from Pretrial Services. Travel is permitted to the Western District of Texas for attorney meetings and court purposes only. Defendant shall not travel to Mexico.

**SIGNED** on November 10, 2020.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE